**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 494 MAL 2023

Respondent

     :   Petition for Allowance of Appeal
     :   from the Order of the Superior Court

v.

LAFENUS L. BURTON,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.